### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOSE GONZALEZ, MARIBEL GONZALEZ, )
ANTONIO FRANCO, MARIA GONZALEZ, )
LUIS FRANCO and JULIO GONZALEZ, )
           )    Case No. 06 C 5321
           )    Judge Der-Yeghiayan
     Plaintiffs, )
           )
vs. )
           )
CITY OF ELGIN, ELGIN POLICE OFFICERS )
MIGUEL PANTOJA, (STAR NO. 318), )
SHAUN SCHROEDER, (STAR NO. 322), )
TODD PAVORIS, (STAR NO. 309), )
HEATHER ROBINSON, (STAR NO. 315), )
DOUG NEFF, (STAR NO. 316), )
DANIEL MCGINLEY (STAR NO. 180), AND )
SERGENT JAMES KELLY, )
           )
     Defendants. )

**F I L E D**

JUL 0 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION

Now come Plaintiffs, JOSE GONZALEZ, MARIBEL GONZALEZ, ANTONIO

FRANCO, MARIA GONZALEZ, LUIS FRANCO and JULIO GONZALEZ by their attorneys,

SHEFLER AND BERGER, LTD., and move this Honorable Court to vacate the dismissal order

entered in this cause on June 26, 2007. In support thereof Plaintiffs state as follows:

1.      On June 21, 2007, Plaintiffs' attorneys first became aware of Defendant's Motion

to Compel filed on June 12, 2007, was set for the same day, June 21, 2007, via facsimile.

2.      This facsimile indicated that the Motion to Compel was continued until June 26,

2007 at 9:00 a.m. pursuant to Court Order. No Court Order was received.

3.      Upon receipt of this facsimile, Alan Shefler of Shefler and Berger, Ltd. contacted

1

Defendant's attorney, Howard Levine. At that time a conversation took place in which the attorneys agreed to accept Plaintiffs' outstanding discovery on or before July 2, 2007, and Mr. Levine agreed to withdraw the Motion to Compel based upon this agreement. Mr. Levine indicated that he would contact the Judge's clerk in order to withdraw said Motion set for June 26, 2007. At no time was there any conversation that the June 26th date was also a status date at which Plaintiffs' attorneys were required to be present. A copy of the letter Mr. Shefler sent to Mr. Levine by facsimile memorializing this agreement is attached hereto, and made a part hereof.

4. Plaintiffs' attorneys did not receive the Order entered on June 21, 2007, by the Honorable Judge Samuel Der-Yeghiayan either by facsimile or mail, and no reference was made to the June 26th date as a status date in any conversation or correspondence with Mr. Levine. Based upon the agreement with Mr. Levine, and due to the lack of any other information received, Mr. Shefler did not appear on June 26, 2007. Mr. Shefler believed that the Motion to Compel was withdrawn and that the next status date was in August, 2007.

5. Mr. Shefler called Mr. Levine on June 26, 27, and 28 to confirm that the Motion to Compel was withdrawn but received no return call. On Friday, June 29, 2007, Mr. Levine contacted Mr. Shefler and stated that the case was dismissed for failure to appear on June 26, 2007 as the matter had been a set as a status call.

6. Mr. Shefler mistakenly believed that the agreement made with Mr. Levine to withdraw his Motion to Compel would be honored, and that no other matter was set on June 26, 2007. Mr. Shefler had not received any other document to the contrary by facsimile or by mail delivery. Mr. Shefler is ready and able to file Plaintiffs outstanding written discovery.

WHEREFORE Plaintiffs, JOSE GONZALEZ, MARIBEL GONZALEZ, ANTONIO

FRANCO, MARIA GONZALEZ, LUIS FRANCO and JULIO GONZALEZ,

move this Honorable Court to vacate the dismissal order entered June 26, 2007 and to reinstate

this case instanter.

Respectfully submitted,

ALAN J. SHEFLER

SHEFLER AND BERGER, LTD.
165 North Canal Street
Suite 711
Chicago, IL 60606
(312) 782-8812

# SHEFLER AND BERGER, LTD.

### ATTORNEYS AT LAW
\ SUITE 711
165 NORTH CANAL STREET
CHICAGO, ILLINOIS 60606

ALAN J. SHEFLER
JUDITH W. BERGER

PATRICK J. FRANCIS

TELEPHONE (312) 782-8812

FACSIMILE (312) 782-3259

June 22, 2007

**BY FACSIMILE 630-690-2853**

Mr. Howard P. Levine
Deano & Scarry, LLC
2100 Manchester Road
Suite A-101
Wheaton, IL 60187

> Re: Gonzalez, Franco, et al. v. City of Elgin, et al.
> Court No. 06 C 5321

Dear Mr. Levine:

As per our telephone conversation, we will have Plaintiff's outstanding written discovery to you no later than July 2, 2007. On this basis, you have agreed to withdraw your Motion to Compel previously set for June 26, 2007 at 9:00 a.m.

Please contact me if you have any questions or concerns.

Very truly yours,

SHEFLER AND BERGER, LTD.


ALAN J. SHEFLER
AJS:jwb