# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Jose Gonzalez et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 06 C 5321 |
| City of Elgin et al | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on behalf of plaintiff Maribel Gonzalez against defendant Daniel McGinley on the Excessive Force Claim; on behalf of plaintiff Julio Gonzalez against defendant Todd Pavoris on the Excessive Force Claim; and on behalf of defendants on all the remaining Excessive Force Claims. Judgment is entered on behalf of all defendants on all of the plaintiffs' Failure to Intervene Claims. Judgment is entered on behalf of plaintiff Julio Gonzalez against defendant Todd Pavoris on the False Arrest Claim, and on behalf of defendants on all the remaining False Arrest Claims. Judgment is entered on behalf of plaintiff Julio Gonzalez against Defendant City of Elgin on the Malicious Prosecution Claim, and on behalf of defendants on all the remaining Malicious Prosecution Claims. Maribel Gonzalez is awarded $15,000 in compensatory damages. Julio Gonzalez is awarded $20,000 in compensatory damages. Maribel Gonzalez is awarded $8,500 in punitive damages against defendant Daniel McGinley. Julio Gonzalez is awarded $10,000 in punitive damages against defendant Todd Pavoris.

Michael W. Dobbins, Clerk of Court

Date: 9/9/2010        _____

/s/ Katie Franc, Deputy Clerk